**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELMER L. WHITE and DEANNA WHITE, | |
| Plaintiffs, | CIVIL ACTION NO. 3:CV-12-1787 |
| v. | (JUDGE CAPUTO) |
| COMBINED INSURANCE COMPANY, | |
| Defendants. | |

## **ORDER**

**NOW**, this 13th day of September, 2012, **IT IS HEREBY ORDERED** that removing Defendant Combined Insurance Company is given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Schuylkill County, Pennsylvania.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge